IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT HOSSFELD and CHRIS BILEK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORVAX, LLC and GOHEALTH, LLC,<br>Defendants. | Case No. 1:20-cv-06566<br><br>Hon. Judge Virginia M. Kendall<br>Hon. Mag. Judge Jeffrey I. Cummings |

## STIPULATION FOR DISMISSAL

All parties to this action hereby stipulate to dismissal as to both Robert Hossfeld and Chris Bilek, with prejudice and without costs pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). The claims of the putative uncertified class are dismissed without prejudice.

This stipulation resolves this entire case, and the case should be terminated.

Dated: July 12, 2021

Agreed to and respectfully submitted,

| | |
|---|---|
| NORVAX, LLC and<br>GOHEALTH, LLC | ROBERT HOSSFELD and CHRIS BILEK, individually and on behalf of others similarly situated |
| By: /s/Martin W. Jasczuk<br>Martin W. Jaszczuk<br>Seth H. Corthell<br>JASZCZUK P.C.<br>30 S. Wacker Dr., Suite 2200<br>Chicago, IL 60606<br>Telephone: (312) 442-0509<br>mjaszczuk@jaszczuk.com<br>scorthell@jaszczuk.com | By: /s/Alexander H. Burke<br>Alexander H. Burke<br>Daniel J. Marovitch<br>BURKE LAW OFFICES, LLC<br>909 Davis St., Suite 500<br>Evanston, IL 60201<br>Telephone: (312) 729-5288<br>aburke@burkelawllc.com<br>dmarovitch@burkelawllc.com |
| *Counsel for Defendants* | *Counsel for Plaintiffs* |